# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

————————

**No. 06-1397**                                                   **September Term 2007**

**CSRT-320**

**Filed On: June 30, 2008**

Huzaifa Parhat,

    Petitioner

    v.

Robert M. Gates, Secretary of Defense, et al.,

    Respondents

**BEFORE:**    Sentelle, Chief Judge, and Garland and Griffith, Circuit Judges

## O R D E R

Upon consideration of the court's order filed June 20, 2008, directing respondents to show cause why the court's opinion filed June 20, 2008, should not be publicly released with redactions of classified material only; and the response thereto, stating that the redacted opinion does not contain classified material and that respondents do not object to the public release of nonclassified material in the opinion that the government had initially submitted for treatment under seal, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the following documents be unsealed:

Judgment of the court filed June 20, 2008
Two orders of the court filed June 20, 2008
Joint sealed motion filed June 20, 2008
Respondents' response filed June 26, 2008.

The Clerk is directed to issue the court's opinion filed June 20, 2008, with only the classified material redacted.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                     MaryAnne McMain
                     Deputy Clerk